IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IAN MICHAEL ZANE
DICKINS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

CASE NO. 1D14-2899

v.

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed October 1, 2015.

An appeal from the Circuit Court for Baker County.
Mark W. Moseley, Judge.

Nancy A. Daniels, Public Defender, David A. Davis, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Kathryn Lane, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.